IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 14-49381 |
| JUAN RODRIGUEZ | ) | Judge Jack B. Schmetterer |
| | ) | Trustee: Tom Vaughn |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |
| JUAN RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| | ) | No: 15-00223 |
| | ) | |
| vs | ) | |
| | ) | |
| BAYTREE NATIONAL BANK | ) | |
| AND TRUST COMPANY | ) | |
| | ) | |
| Defendant(s) | ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW

FINDINGS OF FACT

1. The Plaintiff, Juan Rodriguez, is an individual residing at 7245 S. Millard, Chicago, IL 60629 as described fully in schedule A.

2. Baytree National Bank and Trust Company is a lender and/or servicer of mortgages.

3. On October 30, 2014, Juan Rodriguez filed a Petition for Relief under Chapter 13 of Title 11 of the United States Code in the Northern District of Illinois as Case Number 14 B 39481.

4. This Adversary Proceeding arises under 502 and 506 of the United States Bankruptcy Code.

5. This Honorable Court has jurisdiction over this Adversary Proceeding pursuant to 28 USC 151, 157, and 1334 and Local Rule 2.33 of the Untied States District

Court for the Northern District of Illinois, in that this action relates to the Bankruptcy Case of 14 B 39481, in Re: Juan Rodriguez, which is currently pending before this Honorable Court.

6. The fair market value at the time of filing of case number 14 B 39481 of the real estate was $125,000.00. A first mortgage lien is currently held by in the amount of $126,663.45.

7. The Defendant, Baytree National Bank and Trust, holds a junior mortgage originally granted in the amount of 49,000.00. This junior mortgage was recorded in the Office of the Cook County Recorder of Deeds as Document Number 0611520084 on April 25, 2006.

8. Plaintiff seeks to determine the nature and extent of the junior mortgage lien of the Defendant and avoid the junior mortgage lien.

## CONCLUSIONS OF LAW

1. Under 506(a) and 506(d), Defendant Baytree National Bank and Trust Company's junior mortgage would be an allowed secured claim to the extent of the value of the estates interest in the property securing the claim, and Defendant Baytree National Bank and Trust Company's lien is void to the extend that it is not an allowed secured claim.

2. The amount owed on the first mortgage of at least $126,663.45 exceeds the value of the underlying property, $125,000.00 as indicated on Schedule A.

3. Because the junior mortgage lien held by defendant is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off. In Re Zlogar, 126 B.R. 53, 57 ) 7th Cir N.D.I.L 1991); In Re Nobleman vs American Savings Bank, 508 U.S. 324 (7th Cir 1983); In Re Mann, 249 B.R. 831, 840 (1st Cir BAP 2000); In Re Pond, 2001 U.S. App. Lexis 11287 (2nd Cir. 2001); In Re McDonald, 205 F. 2d 606 (3rd Cir 2000); Bartee v. Tara Colony Homeowners Assoc., 212 F. 3d277 (5th Cir 2000); In Re Lam, 211 B.R. 36 (9th Cir BAP 1357); In Re Tanner, 217 F 3d 1357 (11th Cir.)

4. Plaintiff, Juan Rodriguez is entitled to a Judgment against Baytree Bank and Trust Company and a finding that the lien of Baytree Bank and Trust Company is completely unsecured, avoid the junior mortgage of Baytree Bank and Trust Company recorded in the office of the Cook County Recorder of Deeds as Document Number 0611520084, and a finding that the junior mortgage is of no further legal effect and Orders Baytree Bank and Trust Company to release the junior mortgage as a Lien on the Real Estate commonly known as 7235 S. Millard, Chicago, IL 60629.

By One of their Attorneys,

/s/ Joseph C. Michelotti

9/25/15

Michelotti & Associates, Ltd.
Joseph C. Michelotti 6185760
2625 Butterfield Suite 138S
Oak Brook, IL 60523
630-928-0100

SEP 29 2015